UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Marshall Spiegel | ) | Case No. 20bk21625 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

## ORDER COMPELLING PAYMENT

This matter coming to be heard upon the Second Motion of the Official Committee of Unsecured Creditors to Compel Matthew Spiegel and 1116-22 Greenleaf Building, LLC, to Comply with Rule 2004 Subpoenas [Dkt. No. 361] (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"), for the reasons stated more clearly on the record at the March 14, 2022, hearing (the "Hearing");

THE COURT HEREBY FINDS THAT:

A. The court has previously ruled in the Committee's favor on the Motion under Federal Rule of Civil Procedure 37(a). Order Granting in Part, Denying in Part, Continuing Motion to Compel [Dkt. No. 403];

B. As the Motion was granted, the court must require Matthew Spiegel and 1116-22 Greenleaf Building, LLC, as the deponents that necessitated the Motion (together, the "Deponents"), to pay the Committee's reasonable expenses incurred in making the Motion, including attorney's fees, under Federal Rule of Civil Procedures 37(a)(5)(A).

C. The Deponents have not provided the court with a reason to treat either entity separately for the purposes of such an award;

D. In granting the Motion previously, the court determined then that Committee's attempts to resolve dispute without court action were in good faith and that the Deponents' nondisclosure, response, or objection was not substantially justified;

E. No other circumstance exists making the Committee's reasonable expenses incurred in making the Motion, including attorney's fees, unjust;

F. The Committee is therefore entitled to its expenses incurred in making the Motion in the amount of $12,510.50, the amount of attorney's fees and expenses found by the court at the Hearing to be reasonable and having been incurred in the making of the Motion.

NOW, THEREFORE, THE COURT HEREBY ORDERS THAT:

1. The Deponents must pay the Committee's reasonable attorney's fees and expenses in making the Motion in the amount of $12,510.50 (the "Award").
2. The Deponents are afforded 28 days from the date of this Order to pay the Award.

3. The responsibility to pay the Award is joint and several.

Dated: March 15, 2022          ENTERED:

_____
Judge Timothy A. Barnes
United States Bankruptcy Court